UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY HARRISON SHABAZZ, Plaintiff, v. MERCY SAN JUAN MEDICAL CENTER, et al., Defendants. | No. 2:25-cv-2810-DJC-SCR<br><br>ORDER |

Plaintiff Tiffany Harrison Shabazz is proceeding pro se in this matter, which was referred to the Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On July 28, 2026, the Magistrate Judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 14 days. ECF No. 9. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 28, 2026, are adopted in full; and

2. Plaintiff's Second Amended Complaint and this action is dismissed without leave to amend for failure to state a claim; and

3. The Clerk is directed to enter Judgment and close this file.

IT IS SO ORDERED.

Dated: **August 13, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Shab2810.800